IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD HUNTER,

    Plaintiff,

v.                                 CIVIL ACTION NO.: CV206-264

GLYNN COUNTY DETENTION CENTER,
Officer GRIMSLEY; Officer CLARK;
Officer EVERETT, and Sgt. JONES,

    Defendants.

## ORDER

The Clerk is directed to serve a copy of the undersigned's November 16, 2006, Report and Recommendation upon Plaintiff with a copy of this Order. Plaintiff shall have until December 15, 2006, to file any desired objections to said Report and Recommendation.

**SO ORDERED**, this 5th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)