IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD HUNTER,

    Plaintiff,

v.

    CIVIL ACTION NO.: CV206-264

GLYNN COUNTY DETENTION CENTER,
Officer GRIMSLEY; Officer CLARK;
Officer EVERETT, and Sgt. JONES,

    Defendants.

## ORDER

Plaintiff has moved this Court for Injunctive Relief in his civil complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff, who was in solitary confinement at the time he filed this motion, is requesting that the Court issue an Order directing that he be placed "in population" at the Glynn County Detention Center. As Plaintiff is no longer incarcerated, this Motion for Injunctive Relief is moot. Said motion is **DISMISSED**.

**SO ORDERED**, this 8th day of Dec, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)