IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD HUNTER,

    Plaintiff,

v.  :  CIVIL ACTION NO.: CV206-264

GLYNN COUNTY DETENTION
CENTER; Officer GRIMSLEY;
Officer CLARK; Officer EVERETT,
and Sgt. JONES,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's recommendation that Plaintiff's Complaint be dismissed. Plaintiff has filed Objections, in which he contends that while at the Glynn County Detention Center, he suffered "serious injury" as a result of the violation of his Eighth Amendment rights, and that he lost his free will to speak in violation of the First Amendment.

As the Magistrate Judge correctly reported, Plaintiff has failed to state any claim upon which relief may be granted. Plaintiff has alleged no facts that would support a First Amendment claim, and he has made no allegation of a sufficiently serious risk to his health or safety so as to support an Eighth Amendment claim.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit. Plaintiff's Complaint is hereby **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 11th day of January, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)